**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

**LARRY VINCENT WILLIAMS,**

**_____Debtor._____ /**

**Case No.: 09-34336-BKC-AJC**

**Chapter 7**

### AGREED *EX PARTE* MOTION TO CONTINUE HEARING ON OBJECTION TO DEBTOR'S CLAIMED EXEMPTION

Barry Mukamal, Chapter 7 Trustee for the estate of Larry Vincent Williams (the "Trustee"), with the consent of the Debtor, moves the Court (the "Agreed Motion") to continue the hearing set for Monday, April 15, 2013 at 2:00 p.m. (the "Hearing") on the *Trustee's Objection to Debtor's Claim of Exemptions* (the "Objection"). [ECF# 140]. In support of the Agreed Motion, the Parties state as follows:

1.      On November 4, 2009 (the "Petition Date"), the Debtor filed a voluntary petition[1] for relief under Chapter 7 of the Bankruptcy Code [ECF #1].

2.      On November 5, 2009, the Debtor filed his first amendments to his schedules disclosing the ownership of four (4) parcels of real property, including 921 NW 2nd Ct., Miami, FL 33136, which the Debtor initially valued at $55,000.00. On the Debtor's first amended Schedule C, he claimed a property located at 618 N.W. 8th Ave., Ocala, FL 34475 exempt as his "homestead" (the "Ocala Property") [ECF #13].

3.      On April 23, 2010, the Debtor filed his second amended schedules to reflect the ownership of approximately twenty (20) parcels of real property, including 925 NW 2nd Ct.,

---

[1] The schedules filed on the Petition Date do not disclose the ownership of any real property and similarly do not claim any as exempt.

Miami, FL 33136 on his Amended Schedule A, and various taxing authorities on Schedule D (the "Second Amended Schedules") [ECF # 42].

4. On May 15, 2012, the Debtor filed a third amendment to his schedules in the form of an amendment to Schedule C, where the Debtor claims both the 921 and 925 Properties exempt as his homestead pursuant to Article X of the Florida Constitution (the "Amended Schedule C") [ECF # 137].

5. On June 15, 2012, the Trustee filed the Objection. The Hearing has been continued previously by agreement of the Parties. The Parties request an additional thirty-day (30) day continuance of the Hearing because Trustee's counsel has been dealing with the scheduling and work complications that arose from his wife's recent hospitalization. Fortunately, counsel's wife is fine and recovering well, but counsel's schedule has been impaired.

6. Counsel for the Debtor has agreed to continue the Hearing for 30 days or until such time as the Court is available to hold the continued Hearing.

7. Counsel for the Trustee certifies that the continuance is not sought for undue delay or an improper purpose. Counsel will upload an *ex parte* order granting the relief requested herein contemporaneously with filing this Agreed Motion.

WHEREFORE, the Trustee, Barry Mukamal, respectfully requests that the Court continue the Hearing for thirty (30) days or until such time as the Court has time adequate to conduct the Hearing.

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by

transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to

receive electronic notices of filing in this case on April 12, 2013.

> ***I HEREBY CERTIFY*** *that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).*

Respectfully submitted by,

> EHRENSTEIN CHARBONNEAU CALDERIN
> Attorneys for the Trustee
> 501 Brickell Key Drive, Suite 300
> Miami, Florida 33131
> T. 305.722.2002        F. 305.722.2001
>
> By:      */s/ Daniel Gold*
>              Daniel L. Gold, Esq.
>              Florida Bar No.: 0761281
>              dgold@ecclegal.com

3

**EXHIIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

                  **Case No.: 09-34336-BKC-AJC**

**LARRY VINCENT WILLIAMS,**

                  **Chapter 7**

    **Debtor.**       /

**ORDER CONTINUING HEARING ON OBJECTION TO**
**DEBTOR'S CLAIMED EXEMPTION**

THIS MATTER came before the Court *ex parte* on Barry Mukamal, the Chapter 7 Trustee's *Agreed Ex Parte Motion to Continue Hearing on Objection to Debtor's Claimed Exemptions* (the "Motion") [ECF# ___]. The Court has considered the Parties' agreed request to continue the Hearing, and finds good cause to GRANT the continuance. Accordingly, the Court **ORDERS and ADJUDGES** that:

1.  The joint Motion to continue is GRANTED.

2.  The Hearing on the Objection is continued to _____ a.m/p.m. in the United States Bankruptcy Court, 51 SW 1st Avenue, Room 1410, Miami, FL 33130.

# # #

Submitted by:
Daniel Gold, Esq.
Fla. Bar No. 761281
EHRENSTEIN CHARBONNEAU CALDERIN
Attorneys for Trustee
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002        F. 305.722.2001
dgold@ecclegal.com

Copy to: Mr. Gold, who is directed to serve a conforming copy upon all interested parties.

2