**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

**LARRY VINCENT WILLIAMS,**

Case No. <u>**09-34336-BKC-AJC**</u>
Chapter 7

   Debtor._____/

## TRUSTEE'S NOTICE OF ABANDONMENT

**COMES NOW, Barry E. Mukamal**, as the Chapter 7 Trustee of the case captioned above and does hereby file his notice pursuant to §554 of the United States Bankruptcy Code and Rule 6007 FRBP that he intends to abandon the following property of the debtor(s) in that it is burdensome and of inconsequential value and benefit to the estate:

Case No.: 12-1319-CA, Marion County Circuit Court, Florida - Larry V. Williams v. Argus Fire & Casualty Insurance Company F/K/A First Protective Insurance Company and Citizens Property Insurance Corporation.

Any person objecting to the proposed abandonment shall, within fourteen (14) days from the date of this notice, file written objection with the Clerk of the United States Bankruptcy Court of the Southern District of Florida, 301 North Miami Avenue, Room 150, Miami, FL  33128 and serve a copy of this objection on the Trustee at the address given below.

**Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case and/or (ii) via U.S. Mail to all parties on the attached service list this 25th day of June, 2015.

       /s/ Barry E. Mukamal
Barry E. Mukamal, Trustee
One S.E. Third Avenue, Box 158
Miami, FL  33131

Harry E. Geissinger, Esq.
harrygeissingerlaw@yahoo.com

| | | |
|---|---|---|
| Joel Reynoso<br>11372 SW 234th Street<br>Miami, FL 33032 | Stephen T Shapiro<br>885 Park Ave #5b<br>New York, NY 10075 | P & I Holdings Co., Inc.<br>1880 State Route 35 South<br>Amboy, NJ 08879 |
| James And Lois Bullock<br>J & L Bullock LLC<br>17 Antelope Av<br>Laramie, WY 80272 | AIX<br>PO Box 161735<br>Miami, FL 33186 | Cheri Rosenthal<br>1915 Brickell Ave., C1028<br>Miami, FL 33129 |
| J Tucker Trustee<br>P.O. Box 25181<br>Arlington, VA 22202 | Mathon Investments Corporation<br>8770 Sunset Dr. #531<br>Miami, FL 33173 | Clarinet I LLC<br>P.O. Box 281326<br>Atlanta, Ga 30384132 |
| Clarinet I LLC<br>P.O. Box 281326<br>Atlanta, Ga 30384132 | Concepcion Limited Partnership<br>C/O Shutts & Bowen, LLP<br>201 South Biscayne Blvd.#1500<br>Miami, FL 33131 | Ju Hang<br>108 Charlestown Hunt Dr.<br>Phoenixville, Pa 19460 |
| Joel Reynoso<br>Coop Jardines San Ignacio<br>Apt. 19<br>San Juan, Pr 00927 | Sauternes V Llc Dept.<br>18305 Biscayne Blvd.<br>Suite 400 Aventura, FL 33160 | Pramco Ii, Llc<br>6894 Pittsford Palmyra Road<br>200 Crosskeys Office Park<br>Suite 230<br>Fairport, Ny 14450 |
| William Bloom, Esq.<br>Holland & Knight<br>701 Brickell Avenue<br>Suite 3300<br>Miami, Florida  33131 | Dana Collier Herst on behalf of Creditor<br>City of West Palm Beach<br>POB 3366<br>West Palm Beach, FL 33402 | Kimberly L Rothenburg on behalf of Creditor<br>City of West Palm Beach<br>POB 3366<br>West Palm Beach, FL 33402 |
| Thomas Wachstetter<br>5150 SW 70 Ave<br>Davie, FL 33314 | Larry Vincent Williams<br>PO Box 013221<br>Miami, FL 33101 | City of Miami Code Enforcement<br>Miami Riverside Center<br>444 S.W. 2nd Avenue, 7th Floor<br>Miami, FL 33130 |
| City of Ocala Code Enforcement<br>201 Southeast 3rd Street<br>Ocala, FL 34471-2172 | Darrell E. Williams<br>1114 NW 13th Avenue<br>Ocala, FL 34475 | Harry E. Geissinger, III<br>Attorney for Debtor<br>P O Box 2218<br>Palm Beach, Florida  33480 |
| Harry Williams<br>PO Box 013221<br>Miami, FL 33101 | Jessica Lynette Williams<br>PO Box 013221<br>Miami, FL 33101 | Jimmy Robinson<br>528 NW 1st Street<br>Ocala, FL 34475 |
| Jordan P. Williams<br>PO Box 013221<br>Miami, FL 33101 | Larry Williams, Jr.<br>PO Box 013221<br>Miami, FL 33101 | Larry Vincent Williams<br>PO Box 013221<br>Miami, FL 33101 |

| | | |
|---|---|---|
| Marion County Tax Collector<br>Main Office, McPherson Complex<br>503 SE 25th Avenue<br>Ocala, FL 34471 | Miami Dade County Tax Collector<br>140 W. Flagler St., #1403<br>Miami, FL 33130-1561 | Miami-Dade Water & Sewer Department<br>3071 SW 38th Ave.<br>Miami, FL 33146 |
| Putnam County Tax Collector<br>323 Saint Johns Avenue<br>Palatka, FL 32177 | Putnam County Tax Collector<br>312 Oak Street<br>Palatka, FL 32178-1339 | Southwest Florida Water Management<br>District Headquarters<br>2379 Broad Street<br>Brooksville, FL 34604-6899 |
| West Palm Beach Tax Collector<br>301 North Olive Avenue<br>West Palm Beach, FL 33401-4791 | Clarinet I, LLC<br>c/o Gulf Group Holdings Acquisitions and Applications, Inc.<br>Atten: Beatriz Agramonte<br>PO Box 281326<br>Atlanta, GA 30384-1326 | AIX, LLC<br>QHOA, INC.<br>POB 161735<br>Miami, FL 33116-1735 |
| Aida Williams<br>PO Box 013221<br>Miami, FL 33101 | Miami-Dade County Tax Collector<br>(Burch) Paralegal Unit<br>140 W. Flagler St. #1403<br>Miami, FL 33130-1569 | Sauternes V LLC/Gulf Group Holdings<br>Acquisition & Application Inc<br>18305 Biscayne Blvd #400<br>Aventura, FL 33160 |
| #10404 CLARINET I LLC<br>P.O. BOX 281326<br>ATLANTA, GA<br>30384132 | #14227 Concepcion Limited Partnership Iv<br>C/O Jose A Concepcion-General Partn<br>7207 SW 24 St.<br>Miami, FL 33155 | #14230 JU ZHANG<br>108 Charlestown Hunt Dr.<br>Phoenixville, PA 19460 |
| #14801 JOEL REYNOSO<br>COOP JARDINES SAN IGNACIO APT. 19<br>SAN JUAN, PR 00927 | #5532 SAUTERNES V LLC<br>DEPT. 5193, P.O. BOX 2153<br>BIRMINGHAM,<br>AL 352875193 | #5806 AIX LLC<br>P. O. BOX 16-1735<br>MIAMI, FL 331161735 |
| City Of West Palm Beach c/o City Attorney<br>200 2nd Street<br>West Palm Beach FL 33402 | Marion County Tax Collector<br>PO Box 970<br>Ocala FL 34478 | Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 |
| Sauternes V LLC<br>c/o Gulf Group Holding Acquisition c/o Beatriz Agramonte<br>Dept 5193-POB 2153<br>Birmingham AL 35287 | Marion County Attorney<br>c/o Robert J. Fowler Acting County Attorney<br>601 SE 25th Ave.<br>Ocala, FL 34471 | Miami-Dade County Attorney's Office<br>111 NW First Street, Suite 2810<br>Miami, Florida 33128 |
| INTERNAL REVENUE SERVICE INSOLVENCY<br>7850 SW 6 Court, Stop 5730<br>Plantation, Florida 33324 | IRS Insolvency Section<br>P O Box 21126<br>Philadelphia PA 19114 | |