UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**LARRY VINCENT WILLIAMS,**  Case No. 09-34336-BKC-AJC
Chapter 7

      Debtor.
_____/

**NOTICE OF DEPOSIT OF FUNDS WITH THE**
**U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

(X)    The trustee has a balance of **$19,495.67** in the trustee's account which represents un-presented checks drawn and mailed to Larry Vincent Williams ("Debtor") pursuant to the ECF # 305. The trustee has made a good faith effort to verify the correct mailing address for said creditors(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )    The trustee has $_____ in the trustee's account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

    WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to affect closing of this estate.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served as listed below on this 5th day of November, 2015.

**SERVED VIA US MAIL**                  **SERVED ELECTRONICALLY**

LARRY VINCENT WILLIAMS        Via the Court's CM/ECF notification to those
PO BOX 013221                          parties who are registered CM/ECF
MIAMI, FL 33101                        participants in this case.

                                                                        /s/ Barry E. Mukamal
                                                     Barry E. Mukamal, Trustee
                                                    1 S.E. Third Avenue, Box 158
                                                    Miami, FL 33131
                                                    Telephone: (786) 517-5760

## WILLIAMS, LARRY VINCENT

## Case No. 09-34336-BKC-AJC

## Unclaimed Funds

| **DEBTOR** | **AMOUNT** |
|---|---|
| LARRY VINCENT WILLIAMS<br>PO BOX 013221<br>MIAMI, FL  33101 | $19,495.67 |