UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: WILLIAMS, LARRY VINCENT § Case No. 09-34336-AJC
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Barry E. Mukamal, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,145,600.00          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00          Claims Discharged
                                                Without Payment: $3,406.07

Total Expenses of Administration: $220,504.33

---

   3) Total gross receipts of $ 240,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 19,495.67 (see **Exhibit 2**), yielded net receipts of $220,504.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,105,000.00 | $82,186.67 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 332,124.18 | 332,124.18 | 220,504.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,849.62 | 98.15 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,406.07 | 3,406.07 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,105,000.00 | $424,566.54 | $335,628.40 | $220,504.33 |

4) This case was originally filed under Chapter 7 on November 04, 2009. The case was pending for 76 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/25/2016          By: /s/Barry E. Mukamal
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 925 NW 2ND COURT MIAMI FL 33136 | 1210-000 | 117,500.00 |
| 921 NW 2ND CT MIAMI FL 33136 | 1210-000 | 117,500.00 |
| FORFEITED DEPOSIT - 711 NW 5 | 1229-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$240,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Larry Vicent Williams | Exemption claimed, amended schedule C, court orderd 01/27/15 (ECF 305) | 8100-002 | 0.00 |
| USBC Clerk | Exemption claimed, amended schedule C, court orderd 01/27/15 (ECF 305) | 8100-002 | 19,495.67 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$19,495.67** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Marion County Tax Collector | 4210-000 | 20,000.00 | 12,906.85 | 0.00 | 0.00 |
| 2 | Miami-Dade County Tax Collector | 4210-000 | 1,000,000.00 | N/A | N/A | 0.00 |
| 3 | ALX LLC | 4210-000 | N/A | 7,377.46 | 0.00 | 0.00 |
| 4 | Clarinet I LLC | 4210-000 | N/A | 7,212.67 | 0.00 | 0.00 |
| 5 | Sauternes V LLC | 4210-000 | N/A | 25,707.03 | 0.00 | 0.00 |
| 6 | #14801 JOEL REYNOSO | 4210-000 | N/A | 18,248.68 | 0.00 | 0.00 |
| 7 | ALX LLC | 4210-000 | N/A | 10,733.98 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Putnam County | 4700-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | City of West Palm Beach | 4700-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Palm Beach County | 4700-000 | 40,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,105,000.00 | $82,186.67 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KapilaMukamal LLP | 2100-000 | N/A | 14,275.22 | 14,275.22 | 5,019.79 |
| Barry E. Mukamal | 2200-000 | N/A | 92.77 | 92.77 | 32.62 |
| Ehrenstein Charbonneau Calderin | 3210-000 | N/A | 144,351.00 | 144,351.00 | 50,760.02 |
| Ehrenstein Charbonneau Calderin | 3220-000 | N/A | 6,887.90 | 6,887.90 | 2,422.08 |
| KapilaMukamal LLP | 3310-000 | N/A | 2,808.60 | 2,808.60 | 987.62 |
| KapilaMukamal LLP | 3320-000 | N/A | 67.52 | 67.52 | 23.74 |
| Thomas Wachtstetter ASA, IFA | 3711-000 | N/A | 3,675.00 | 3,675.00 | 1,292.29 |
| Rabobank, N.A. | 2600-000 | N/A | 99.23 | 99.23 | 99.23 |
| Rabobank, N.A. | 2600-000 | N/A | 135.17 | 135.17 | 135.17 |
| Rabobank, N.A. | 2600-000 | N/A | 126.84 | 126.84 | 126.84 |
| ECC PL | 2820-000 | N/A | 143,193.69 | 143,193.69 | 143,193.69 |
| ECC PL | 2820-000 | N/A | 1,410.00 | 1,410.00 | 1,410.00 |
| ECC PL | 2500-000 | N/A | 1,318.50 | 1,318.50 | 1,318.50 |
| International Gateway Realty Corporation | 3510-000 | N/A | 12,000.00 | 12,000.00 | 12,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 134.53 | 134.53 | 134.53 |
| Rabobank, N.A. | 2600-000 | N/A | 106.40 | 106.40 | 106.40 |
| Rabobank, N.A. | 2600-000 | N/A | 117.24 | 117.24 | 117.24 |
| Rabobank, N.A. | 2600-000 | N/A | 113.40 | 113.40 | 113.40 |
| Rabobank, N.A. | 2600-000 | N/A | 98.62 | 98.62 | 98.62 |
| Rabobank, N.A. | 2600-000 | N/A | 124.04 | 124.04 | 124.04 |
| Rabobank, N.A. | 2600-000 | N/A | 109.26 | 109.26 | 109.26 |
| Rabobank, N.A. | 2600-000 | N/A | 101.83 | 101.83 | 101.83 |
| Rabobank, N.A. | 2600-000 | N/A | 116.22 | 116.22 | 116.22 |
| Rabobank, N.A. | 2600-000 | N/A | 108.79 | 108.79 | 108.79 |
| Rabobank, N.A. | 2600-000 | N/A | 105.01 | 105.01 | 105.01 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 115.71 | 115.71 | 115.71 |
| Rabobank, N.A. | 2600-000 | N/A | 111.93 | 111.93 | 111.93 |
| Rabobank, N.A. | 2600-000 | N/A | 104.55 | 104.55 | 104.55 |
| Rabobank, N.A. | 2600-000 | N/A | 115.21 | 115.21 | 115.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$332,124.18** | **$332,124.18** | **$220,504.33** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | #14230 JU ZHANG | 5800-000 | N/A | 6,751.47 | 0.00 | 0.00 |
| 11P | Internal Revenue Service | 5800-000 | N/A | 98.15 | 98.15 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,849.62 | $98.15 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Jefferson Capital Systems LLC | 7100-000 | N/A | 156.00 | 156.00 | 0.00 |
| 10 | Jefferson Capital Systems LLC | 7100-000 | N/A | 3,151.79 | 3,151.79 | 0.00 |
| 11F | Internal Revenue Service | 7300-000 | N/A | 98.28 | 98.28 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,406.07 | $3,406.07 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-34336-AJC  
**Case Name:** WILLIAMS, LARRY VINCENT  

**Period Ending:** 02/25/16

**Trustee:** (290830) Barry E. Mukamal  
**Filed (f) or Converted (c):** 11/04/09 (f)  
**§341(a) Meeting Date:** 03/12/10  
**Claims Bar Date:** 10/26/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 925 NW 2ND COURT MIAMI FL 33136 (u) Amended. (See Footnote) | 400,000.00 | 125,000.00 | | 117,500.00 | FA |
| 2 | 10000 NW 80TH CT UNIT 2314 MIAMI FL 33136 (u) Amended. Notice of Abandonment on file with the court ECF 180. | 100,000.00 | 100,000.00 | OA | 0.00 | FA |
| 3 | 1005 9TH ST WEST PALM BEACH FL (u) Amended. Notice of Abandonment on file with the court ECF 180. | 40,000.00 | 40,000.00 | OA | 0.00 | FA |
| 4 | PUTNAM COUNTY LOT (u) Amended. Notice of Abandonment on file with the court ECF 180. | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 5 | SERIES OF LOTS IN ADJOINED PARCELS OCALA FL (u) Amended. Notice of Abandonment on file with the court ECF 180. | 15,000.00 | 15,000.00 | OA | 0.00 | FA |
| 6 | 1005 NW 7TH ST OCALA FL 34475 (u) Joint with non-filing party. Amended. Notice of Abandonment on file with the court ECF 180. | 37,000.00 | 37,000.00 | OA | 0.00 | FA |
| 7 | 16 NW 16TH TERR OCALA FL 34475 (u) Joint with non-filing party. Amended. Notice of Abandonment on file with the court ECF 180. | 79,000.00 | 79,000.00 | OA | 0.00 | FA |
| 8 | 516 NW 1ST ST OCALA FL 34475 (u) Joint with non-filing party. Amended. Notice of Abandonment on file with the court ECF 180. | 89,000.00 | 89,000.00 | OA | 0.00 | FA |
| 9 | LOT -2570-301-102 (u) Joint with non-filing party. Amended. Notice of Abandonment on file with the court ECF 180. | 42,000.00 | 42,000.00 | OA | 0.00 | FA |
| 10 | 1114 NW 13TH AVE OCALA FL 34475 (u) Joint with non-filing party. Amended. Notice of Abandonment on file with the court ECF 180. | 100,000.00 | 100,000.00 | OA | 0.00 | FA |
| 11 | LOT - 40125-000-01 (u) Joint with non-filing party. Amended. Notice of Abandonment on file with the court ECF 180. | 10,000.00 | 10,000.00 | OA | 0.00 | FA |
| 12 | 527 NW 1ST ST OCALA FL 34475 (u) | 67,000.00 | 67,000.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-34336-AJC  
**Case Name:** WILLIAMS, LARRY VINCENT  

**Period Ending:** 02/25/16

**Trustee:** (290830) Barry E. Mukamal  
**Filed (f) or Converted (c):** 11/04/09 (f)  
**§341(a) Meeting Date:** 03/12/10  
**Claims Bar Date:** 10/26/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Joint with non-filing party. Amended. Notice of Abandonment on file with the court ECF 180. | | | | | |
| 13 | 1117 MLK BLVD OCALA FL 34475 (u)<br>Amended. Notice of Abandonment on file with the court ECF 180. | 44,000.00 | 44,000.00 | OA | 0.00 | FA |
| 14 | MLK LOT OCALA FL 34475 (u)<br>Amended. Notice of Abandonment on file with the court ECF 180. | 15,000.00 | 15,000.00 | OA | 0.00 | FA |
| 15 | LOT - 1-2260-106-004, OCALA FL 34475 (u)<br>Joint with non-filing party. Amended. Notice of Abandonment on file with the court ECF 180. | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 16 | 520 NW 2ND ST (u)<br>Joint with non-filing party. Amended. Notice of Abandonment on file with the court ECF 180. | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 17 | LOT - 2260-150-017 (u)<br>Joint with non-filing party. Amended. Notice of Abandonment on file with the court ECF 180. | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 18 | LOT - 2570-304-102 OCALA FL (u)<br>Joint with non-filing party. Amended. Notice of Abandonment on file with the court ECF 180. | 20,000.00 | 20,000.00 | OA | 0.00 | FA |
| 19 | LOT -00296-000-00 OCALA FL (u)<br>Joint with non-filing party. Amended. Notice of Abandonment on file with the court ECF 180. | 0.00 | 0.00 | OA | 0.00 | FA |
| 20 | 2570-403-402, OCALA FL (u)<br>Amended. Notice of Abandonment on file with the court ECF 180. | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 21 | CASH ON HAND (u)<br>Amended. | 200.00 | 200.00 | | 0.00 | FA |
| 22 | SECURITY DEPOSITS (u)<br>Amended. | 400.00 | 400.00 | | 0.00 | FA |
| 23 | BOOKS AND ART OBJECTS (u)<br>Amended. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 24 | 921 NW 2ND CT MIAMI FL 33136 (u) | 55,000.00 | 125,000.00 | | 117,500.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-34336-AJC  
**Case Name:**   WILLIAMS, LARRY VINCENT  

**Period Ending:** 02/25/16

**Trustee:**   (290830)   Barry E. Mukamal  
**Filed (f) or Converted (c):** 11/04/09 (f)  
**§341(a) Meeting Date:** 03/12/10  
**Claims Bar Date:** 10/26/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | Amended.  (See Footnote) | | | | | |
| 25 | 1618 NW 1 CT MIAMI FL 33136  (u)  Amended. Notice of Abandonment on file with the court ECF 180. | 168,000.00 | 168,000.00 | OA | 0.00 | FA |
| 26 | 711 NW 5 AVE MIAMI FL 33136  (u)  Amended. Notice of Abandonment on file with the court ECF 281. Order approving abandonment ECF 301. | 243,000.00 | 179,325.14 | OA | 0.00 | FA |
| 27 | NW 16 AVE OCALA FL 34475  (u)  Amended. Notice of Abandonment on file with the court ECF 180. | 50,000.00 | 50,000.00 | OA | 0.00 | FA |
| 28 | FORFEITED DEPOSIT - 711 NW 5  (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 29 | MARION COUNTY LAWSUIT 12-1319 CA  (u)  Notice of Abandonment ECF 311 | 0.00 | 0.00 | OA | 0.00 | FA |
| 29 | **Assets**   **Totals** (Excluding unknown values) | **$1,605,600.00** | **$1,336,925.14** | | **$240,000.00** | **$0.00** |

RE PROP# 1       UNSCHEDULED / APPRAISED  
RE PROP# 24      UNSCHEDULED / APPRAISED

---

**Major Activities Affecting Case Closing:**

The trustee, through his attorney, has motioned the court for the sale of three pieces of property, ECF 119 (two contiguous properties, 925/921 NW 2 Court) and ECF 120 (one property, 711 NW 5 Street).  On 05/15/12 (ECF 137) the debtor amended his Schedule C to show the subject of ECF 119 as his homestead property.  The trustee objected to the Amended Schedule C (ECF 140), and for the past several years litigation has continued.  On 06/28/13, the court entered an order sustaining-in-part the trustee's objection to the debtor's claimed exemption and allowed the sale of the property.  The sale order (ECF 218) and order directing closing and disbursement of funds (ECF 237) were entered and the trustee received proceeds in the amount of $235,000 less real estate property taxes and closing expenses.  The trustee is also in receipt of $5,000 representing a forfeited bid deposit on 711 NW 5th Street , this property is abandoned.

Pursuant to Court Order (ECF 305) the Trustee issued a check to Debtor in the amount of $19,495.67 representing his homestead proceeds from the sale of real property. The Debtor failed to cash the check within 90 days and a stop payment was issued. The Trustee will reissue the check upon approval of the TFR along with all other distributions.

Claims review complete.  Estate final tax return filed.

The Debtor did not file and Amended Summary of Schedules with the Amended Schedules Filed on 04/23/2010. ECF 42.

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-34336-AJC  **Trustee:** (290830) Barry E. Mukamal
**Case Name:** WILLIAMS, LARRY VINCENT  **Filed (f) or Converted (c):** 11/04/09 (f)
 **§341(a) Meeting Date:** 03/12/10
**Period Ending:** 02/25/16  **Claims Bar Date:** 10/26/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

03/23/10 - Court order granting employment of Trustee's attorney, Robert Charbonneau Esq.
12/08/10 - Court order granting employment of Trustee's Realtor, Jose Blanco.
06/14/12 - Court order granting employment of Trustee's Appraiser, Thomas Wachstetter
07/21/14 - Court order granting employment of Trustee's Accountants, KapilaMukamal, LLP.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2011  **Current Projected Date Of Final Report (TFR):**   October 30, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-34336-AJC | | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|---|
| Case Name: | WILLIAMS, LARRY VINCENT | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***3278 | | Blanket Bond: | $129,177,000.00  (per case limit) |
| Period Ending: | 02/25/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/08/14 | | ECC PL | Sale proceeds, court ordered ECF 218 and 03/10/14 (ECF 237) | | 94,077.81 | | 94,077.81 |
| | {1} | | Allocation Asset #1        117,500.00 | 1210-000 | | | 94,077.81 |
| | {24} | | Allocation Asset #24      117,500.00 | 1210-000 | | | 94,077.81 |
| | | | 2013 and 2014 real         -143,193.69 estate taxes | 2820-000 | | | 94,077.81 |
| | | | Documentary Stamps on    -1,410.00 Deed | 2820-000 | | | 94,077.81 |
| | | | Recordation of Title         -1,318.50 Clearance Affidavit and Surtax on deed | 2500-000 | | | 94,077.81 |
| | {28} | | Allocation Asset #28        5,000.00 | 1229-000 | | | 94,077.81 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.23 | 93,978.58 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.17 | 93,843.41 |
| 06/10/14 | 101 | Ehrenstein Charbonneau Calderin | 1st Interim applicaton; court ordered 02/06/14 | | | 5,056.20 | 88,787.21 |
| | | | 2,634.12 | 3210-000 | | | 88,787.21 |
| | | | 2,422.08 | 3220-000 | | | 88,787.21 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.84 | 88,660.37 |
| 07/15/14 | 102 | International Gateway Realty Corporation | Broker commission and fees, court ordered 07/10/14 | 3510-000 | | 12,000.00 | 76,660.37 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.53 | 76,525.84 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.40 | 76,419.44 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.24 | 76,302.20 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.40 | 76,188.80 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.62 | 76,090.18 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.04 | 75,966.14 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.26 | 75,856.88 |
| 02/02/15 | 103 | Larry Vicent Williams | Exemption claimed, amended schedule C, court orderd 01/27/15 (ECF 305) Stopped on 05/07/15 | 8100-002 | | 19,495.67 | 56,361.21 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.83 | 56,259.38 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.22 | 56,143.16 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.79 | 56,034.37 |
| 05/07/15 | 103 | Larry Vicent Williams | Exemption claimed, amended schedule C, court orderd 01/27/15 (ECF 305) Stopped: check issued on 02/02/15 | 8100-002 | | -19,495.67 | 75,530.04 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.01 | 75,425.03 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.71 | 75,309.32 |

Subtotals :        $94,077.81        $18,768.49

{} Asset reference(s)

Printed: 02/25/2016 10:41 AM        V.13.25

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-34336-AJC  
**Case Name:** WILLIAMS, LARRY VINCENT  

**Taxpayer ID #:** **-***3278  
**Period Ending:** 02/25/16  

**Trustee:** Barry E. Mukamal (290830)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $129,177,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.93 | 75,197.39 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.55 | 75,092.84 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.21 | 74,977.63 |
| 11/09/15 | | USBC Clerk | Exemption claimed, amended schedule C, court orderd 01/27/15 (ECF 305) | 8100-002 | | 19,495.67 | 55,481.96 |
| 12/21/15 | 104 | Ehrenstein Charbonneau Calderin | Dividend paid 35.16% on $144,351.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 48,125.90 | 7,356.06 |
| 12/21/15 | 105 | KapilaMukamal LLP | Dividend paid 35.16% on $2,808.60, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 987.62 | 6,368.44 |
| 12/21/15 | 106 | KapilaMukamal LLP | Dividend paid 35.16% on $67.52, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 23.74 | 6,344.70 |
| 12/21/15 | 107 | Thomas Wachtstetter ASA, IFA | Dividend paid 35.16% on $3,675.00, Appraiser for Trustee Fees; Reference: | 3711-000 | | 1,292.29 | 5,052.41 |
| 12/21/15 | 108 | Barry E. Mukamal | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 5,052.41 | 0.00 |
| | | | Dividend paid 35.16%   5,019.79 on $14,275.22;  Claim# ; Filed: $14,275.22 | 2100-000 | | | 0.00 |
| | | | Dividend paid 35.16%   32.62 on $92.77;  Claim# ; Filed: $92.77 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 94,077.81 | 94,077.81 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 94,077.81 | 94,077.81 | |
| | | | Less: Payments to Debtors | | | 19,495.67 | |
| | | | **NET Receipts / Disbursements** | | **$94,077.81** | **$74,582.14** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-34336-AJC
**Case Name:** WILLIAMS, LARRY VINCENT

**Taxpayer ID #:** **-***3278
**Period Ending:** 02/25/16

**Trustee:** Barry E. Mukamal (290830)
**Bank Name:** Rabobank, N.A.
**Account:** ******5366 - Checking Account
**Blanket Bond:** $129,177,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 94,077.81
Plus Gross Adjustments : 145,922.19
Less Payments to Debtor : 19,495.67
Net Estate : $220,504.33

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******5366 | 94,077.81 | 74,582.14 | 0.00 |
| | $94,077.81 | $74,582.14 | $0.00 |

{} Asset reference(s)

Printed: 02/25/2016 10:41 AM    V.13.25