UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Larry Williams

Case No. 09-34336

Chapter 7



_____ Debtor

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __Charles Stanley, Vice President   Lost and Found Today LLC__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $__19,495.67_____, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of
____Larry Williams_____. Applicant further states that:

1. (Indicate one of the following items:)

    ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk"

Page 1 of 3

LF-27 (rev. 12/01/15)

under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and an original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form are attached and made a part of this application.**

_X_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

_X_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.  Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.  Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: __April 3, 2024__

__Larry Williams__
Name Under Which Funds Were Deposited

_____
Claim Number
__Larry Williams__
Name of Party on Whose Behalf
Application Was Filed*

Address:_____

_____

_____

_____/s/ Charles Stanley_____
Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #)  __92-2601110__

__Charles Stanley Vice President__
Print Name and Title of Applicant

__Lost and Found Today LLC__
Print Company Name
__25042 Dunham Ave Executive Suite 1391__
Print Street Address

__Veneta OR 97487__
Print City and State

__310-339-6080__
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

State of __Arizona__
County of __Pima__

Sworn to and Subscribed before me on this __3__ day of __April__, 20__24__.

_____
SIGNATURE OF NOTARY PUBLIC

AUSTIN WOODROW JANES-PAULSEN
Notary Public - Arizona
Pima County
Commission # 636722
My Commission Expires
September 7, 2026

Page 3 of 3
LF-27 (rev. 12/01/15)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Larry Williams                              Case No.09-34336
                                                   Chapter 13

_____Debtor_____/

**AFFIDAVIT OF CLAIMANT**

1. I, _____Larry Williams_____, am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( X ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to __Lost and Found Today, LLC__, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ _19,495.67_ deposited in this court in the name of __Larry Williams_____ and representing claim number__scheduled_____ (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of

Page 1 of 2

LF-28 (rev. 12/01/15)

ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

    3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: April 17, 2024

_[signature]_
signature of claimant or representative of "business" claimant

    Larry Williams
print name

    Mr.
title

    6895
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

    14732 Rocky Face Ln Haslet TX 76052
address

    786-400-7939
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

State of Texas
County of Tarrant

Sworn to and Subscribed before me on this 17 day of April, 2024.

_[signature]_
SIGNATURE OF NOTARY PUBLIC

[ Seal ]

AMY RAMSEY
Notary ID #131444276
My Commission Expires
February 9, 2026

# Lost & Found
# TODAY



# Contract for Services

Larry Williams
Larry Williams

# PLEASE NOTE THIS IS A FORM AGREEMENT.
# PLEASE CONSULT WITH LOCAL COUNSEL ON APPLICABLE STATE AND LOCAL REGULATIONS

## LOST & FOUND TODAY, LLC

25042 Dunham Ave, Executive Suite 1391, Veneta, Oregon 97487

888-368-6348

Charlie@lostandfoundtoday.com

## CONTRACT FOR SERVICES

In consideration of Lost & Found Today, LLC having brought to my attention certain undisclosed assets (the "Assets") in which I, Larry Williams has an interest and in consideration of the work performed and to be performed by Lost & Found Today, LLC to gather all information regarding the Claim and process the recovery of my Assets;

I, Larry Williams do hereby assign to Lost & Found Today, LLC, an amount equal to **$3,899.13** which is 20% of the net proceeds of **$19,495.67** which Lost & Found Today, LLC recovers on my behalf now and in the future for this one Claim only (the "Fee"), subject to the following conditions:

- Lost & Found Today, LLC is obligated to pay all expenses to process and prove my Claim and I will not have to advance any money toward that effort.
- Lost & Found Today, LLC is authorized to retain the services of an attorney (if they so choose) to represent Lost & Found Today, LLC only (not me) at no additional cost to me beyond the Fee to prove and process my Claim and to collect all Assets due to me. It is acknowledged that all Assets recovered shall be deposited into and disbursed from Lost & Found Today, LLC's business account.
- If no Assets are recovered, Lost & Found Today, LLC will receive nothing and I will owe nothing.
- Lost & Found Today, LLC is further authorized and directed to act as my sole and exclusive Agent to process this Claim and collect any Assets due me regarding this Claim, and I agree to execute a Limited Power of Attorney appointing Lost & Found Today, LLC as my exclusive Agent under said Power of Attorney to pursue, process and recover any and all Assets related to this Claim. I also agree to promptly execute and deliver to Lost & Found Today, LLC any other documents and or information requested by Lost & Found Today, LLC reasonably necessary to process the Claim and recover the Assets.
- Lost & Found Today, LLC may cancel this Agreement if after further investigation, Larry Williams reasonably determines this Claim does not appear to have merit.

Lost & Found
**TODAY**

1

## PLEASE NOTE THIS IS A FORM AGREEMENT.
## PLEASE CONSULT WITH LOCAL COUNSEL ON APPLICABLE STATE AND LOCAL REGULATIONS

- In the event of any such cancellation, Lost & Found Today, LLC and I shall be relieved thereby of any further responsibilities under this Agreement.
- I may cancel this Agreement only after the expiration of twelve (12) months from the date of this Agreement if no Assets have been recovered by that time.
- This Agreement shall be interpreted in accordance with the law of the State of Oregon and in the event of any dispute regarding or breach of this Agreement, the sole and exclusive venue for the resolution of any such dispute or breach shall be in a court of competent jurisdiction in Marion County, Oregon.

The Agreement shall commence on _December 16, 2023_

*[Signature: Charlie Stanley]*
Charlie Stanley

*[Signature: Larry Williams]*
Larry Williams

*[Signature: Zenteno 12-16-23]*

Charlie Stanley
Vice President | Lost & Found Today, LLC

Larry Williams
| Larry Williams

JESSICA ZENTENO
Notary Public, State of Texas
Comm. Expires 04-19-2026
Notary ID 133713579

Phone: 888-368-6348

Client Phone Number: 786-400-7939

Email: charlie@lostandfoundtoday.com

Client Email: larrywilliams27@gmail.com

We look forward to *working with you!*

Lost & Found
**TODAY**

2

Lost & Found
# TODAY



# Power of Attorney

Larry Williams
Larry Williams

# Power of Attorney for Finances
# (Limited Power)

I, Larry Williams , Appoint LOST AND FOUND TODAY, LLC to act in my place for the purposes of claiming monies in my name.

This power of attorney takes effect on November 2,2023 and shall continue until terminated in writing or until one year from today's date, whichever comes first. In the event of my incapacity or death, this power of attorney shall terminate immediately.

I grant my attorney-in-fact full authority to act in any manner both proper and necessary to exercise of the foregoing powers, and I ratify every act that my attorney-in-fact may lawfully perform in exercising those powers.

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed:

State of: TX   County of: Haslet

*[signature]*
Larry Williams

Larry Williams

| Larry Williams

Client Phone Number: 786-400-7939

Client Email: larrywilliams27@gmail.com

## CERTIFICATE OF ACKNOWLEDGMENT

The State of Texas:

County of Tarrant

Before me, FARAH SULTANA (insert the name and character of the officer),

on this day personally appeared Larry Williams known to me (or proved to me on the oath of _____ or through Drivers License (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

(Seal)

```
FARAH SULTANA
My Notary ID # 133976642
Expires September 21, 2026
```

Given under my hand and seal of office this 15 day of November 20 23.

_____
(Notary's Signature)
Notary Public, State of Texas

Page 1 of 1

Declaration of Reissuance of Overpayment

CASE# **09-34336**

**Larry Williams**

**12/15/2023**

Dear Clerk of Court,

I, **Larry Williams, heir of The Estate of Larry Williams**, am writing this declaration to request the reissuance of an overpayment related to the bankruptcy case with the following details:

Bankruptcy Case Number: **09-34336**

Overpayment Amount: **$19,495.67**

**I, Larry Williams am the Heir of The Estate of Larry Williams. My father filed Bankruptcy in 2009. I believe the overpayment was sent to the address of PO Box 013221 Maimi FL 33101. However, he never received the check.**

**There was no probate or will when my father passed away. I will be sharing the funds equally between ALL of my siblings.**

I was recently contacted by Lost and Found Today, LLC, a firm that specializes in locating and recovering unclaimed funds. I have retained their services to assist in having the payment reissued. I have signed a contract and Power of Attorney with their office to facilitate the recovery process.

I kindly request the U.S. Bankruptcy Court to reissue the overpayment of **$19,495.67** to Lost and Found Today, LLC, as authorized by The Power of Attorney I have provided them.

Your prompt attention to this matter is greatly appreciated.

Thank you for your cooperation.

Sincerely,

**Larry Williams**

*[signature]*

12-16-23

*[signature: Zenteno]*

JESSICA ZENTENO
Notary Public, State of Texas
Comm. Expires 04-19-2026
Notary ID 133713579

## STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

### BUREAU of VITAL STATISTICS

## CERTIFICATION OF BIRTH

STATE FILE NUMBER: 109-1990-171176        DATE FILED: November 20, 1990

CHILD'S NAME:            LARRY   VINCENT   WILLIAMS   II

DATE OF BIRTH:           November 13, 1990

SEX:                     MALE

COUNTY OF BIRTH:         BROWARD COUNTY

MOTHER'S NAME            MONICA   DACIA'   THOMAS

## THIS SPACE INTENTIONALLY LEFT BLANK

DATE ISSUED:             February 13, 2017

_[signature]_
, State Registrar

REQ: 2017833368



WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)

\* 3 5 9 1 4 8 1 6 \*





STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2022229428  
**DATE ISSUED:** JUNE 5, 2024  
**DATE FILED:** DECEMBER 20, 2022

### DECEDENT INFORMATION

NAME: LARRY VINCENT WILLIAMS SR

DATE OF DEATH: NOVEMBER 24, 2022      SEX: MALE      AGE: 064 YEARS  
DATE OF BIRTH: JANUARY 8, 1958      BIRTHPLACE: OCALA, FLORIDA, UNITED STATES  
PLACE OF DEATH: INPATIENT  
FACILITY NAME OR STREET ADDRESS: UNIVERSITY OF MIAMI HOSPITAL  
LOCATION OF DEATH: MIAMI, MIAMI-DADE COUNTY, 33136  
RESIDENCE: 3449 NE 4TH ST, HOMESTEAD, FLORIDA 33033, UNITED STATES      COUNTY: MIAMI-DADE  
OCCUPATION, INDUSTRY: REAL ESTATE AGENT, REAL ESTATE  
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED      EVER IN U.S. ARMED FORCES? NO  
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN  
RACE: BLACK OR AFRICAN AMERICAN

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: DIVORCED  
SURVIVING SPOUSE NAME: NONE

FATHER'S/PARENT'S NAME: HARRY WILLIAMS  
MOTHER'S/PARENT'S NAME: IDA LEE DAVIS

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: IDA LEE WILLIAMS  
RELATIONSHIP TO DECEDENT: DAUGHTER  
INFORMANT'S ADDRESS: 3449 NE 4TH ST, HOMESTEAD, FLORIDA 33033, UNITED STATES  
FUNERAL DIRECTOR/LICENSE NUMBER: FELIX M. SNOW, F043713  
FUNERAL FACILITY: SNOWS FUNERAL MINISTRY AND CREMATION SERVICES F040043  
  5791 SE 23RD LANE, OCALA, FLORIDA 34480  
METHOD OF DISPOSITION: BURIAL  
PLACE OF DISPOSITION: FINLEY CEMETERY  
  OCALA, FLORIDA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN      MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE  
TIME OF DEATH (24 HOUR): 1612      DATE CERTIFIED: DECEMBER 20, 2022  
CERTIFIER'S NAME: JEFFREY FOX  
CERTIFIER'S LICENSE NUMBER: OS3892  
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL  
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH  
a. VENTRICULAR TACHYCARDIA

b. DILATED CARDIOMYOPATHY

c.

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:  
RENAL FAILURE, CORONARY ARTERY DISEASE

AUTOPSY PERFORMED? NO      AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?  
DATE OF SURGERY:      DID TOBACCO USE CONTRIBUTE TO DEATH? NOT STATED  
REASON FOR SURGERY:  
PREGNANCY INFORMATION: NOT APPLICABLE  
DATE OF INJURY: NOT APPLICABLE      TIME OF INJURY (24 HOUR):      INJURY AT WORK?  
LOCATION OF INJURY:  
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:  
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:      TYPE OF VEHICLE:

*[signature]* , STATE REGISTRAR

REQ: 2026590626

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.




DH FORM 1947 (03-13)

CERTIFICATION OF VITAL RECORD

florida HEALTH

*60739682*